IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | |
| MERRI SIMPSON TABOR | * | CHAPTER 7 |
| a/k/a JAMIE SIMPSON TABOR, | * | |
| Debtor | * | |
| | * | CASE NO. 1:09-bk-05277MDF |
| CHARLES A. BIERBACH, Ch. 7 Trustee, | * | |
| Objectant | * | |
| | * | |
| v. | * | |
| | * | |
| MERRI SIMPSON TABOR, | * | |
| Respondent | * | |

## ORDER AMENDING OPINION

Upon review of the Opinion issued in the above-captioned matter on June 18, 2010 and noting that it contains an error within a quote attributed to the Trustee's objection to Debtor's exemption, it is hereby ordered that the first sentence of the last paragraph commencing on page 2 of the Opinion be amended to read as follows: The Trustee filed an objection, observing that Debtor was asserting an exemption in an IRA under Pennsylvania law, 42 Pa. C.S. § 8124(b)(1)(ix), and "11 USC § 522(b)(3)(A ) or presumably 11 USC §522(b)(3)(C)."

By the Court,

Date: July 30, 2010

Mary D. France
Chief Bankruptcy Judge
(JK)